## A. Blumberg & Son, Inc. v. Zoning Board of Adjustment (et al., Appellant).

Argued January 12, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

558

*John J. Poserina, Jr.,* for intervenor, appellant.

*Matthew W. Bullock, Jr.,* Deputy City Solicitor, with him *Gerald Gornish* and *Carl K. Zucker,* Assistant City Solicitors, and *Edward G. Bauer, Jr.,* City Solicitor, for zoning board, appellee.

*Philip Richman,* with him *Richman & Richman,* for appellee.

OPINION PER CURIAM, March 16, 1965:

Neighbors were aggrieved by an Order of the Zoning Board of Adjustment which was affirmed by the Court of Common Pleas. This Order granted a permit in 1958 for a junk yard. Appellant contends (1) (a) that such a use should not be and (b) was not allowed, and (2) the permitted use was too large. A petition for leave to appeal this Order was granted under Rule 68-1/2. After consideration and study of the record, we find no merit in any of appellant's contentions.

Order affirmed.